IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Krishna Patel, et al.,** | ) Case No. 3:13-cv-0701 |
| | ) |
| **Plaintiffs** | ) |
| | ) **Judge Sharp** |
| v. | ) **Magistrate Judge Bryant** |
| | ) |
| **Terrell D. Hughes, Jr., et al.,** | ) |
| | ) |
| **Defendants** | ) |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiffs' Motion for Entry of Default Pursuant to Rule 55(a), FRCP, against Defendant TRX Software Development, Inc., (Docket Entry No. 7). Plaintiffs' Request for Entry of Default must be denied as Defendant has filed bankruptcy and a stay of proceedings against it is now in place (Docket Entry No. 9).

Accordingly, for the reasons stated above, the Clerk declines to enter default against Defendant TRX Software Development, Inc.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court