UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KRISHNA PATEL, VIJAY PATEL, )
and ACTAX SOLUTIONS, INC., )
                                             )
    Plaintiffs               )
                                             )     No. 3:13-0701
v.                                             )     Judge Sharp/Bryant
                                             )     **Jury Demand**
TERRELL D. HUGHES, JR., and TRX )
SOFTWARE DEVELOPMENT, INC., )
                                               )
    Defendants             )

## **O R D E R**

The Court has recently ruled on Defendants' motion to dismiss and has returned this case to the undersigned Magistrate Judge for further pretrial case management (Docket Entry No. 22).

This case is set for an initial case management conference on **Monday, September 29, 2014, at 9:30 a.m.** Counsel shall file a proposed initial case management order at least three business days prior to this conference.

It is so **ORDERED**.

                                                            /s/ John S. Bryant
                                                           JOHN S. BRYANT
                                                           United States Magistrate Judge